IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMMANUEL ANNOR, Individually and on Behalf of Those Similarly Situated | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION: H-07-2308 |
| LYON FINANCIAL SERVICES, INC. d/b/a U.S. BANCORP BUSINESS EQUIPMENT FINANCE GROUP; and SEAMLESS SOLUTIONS, INC., | § § § § § | |
| Defendants. | § § | |

## ORDER

CAME ON FOR CONSIDERATION, the parties' Stipulation of Dismissal in the above-captioned action and is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

It is further STIPULATED by and between all parties in the above-captioned action, and through their designated counsel of record, that each party hereto shall bear its own costs and attorneys' fees and hereby waives all rights to appeal any issue in this case.

It is so ORDERED.

SIGNED on this **30** day of ~~September~~ **AUG**, 2007.

_____
JUDGE PRESIDING

**ORDER - Page Solo**
MABX/1044388/507653v.1